IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MILLIMAN, INC., ) | |
| ) | 8:06CV645 |
| Plaintiff, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| KPMG LLP, ) | |
| ) | |
| Defendant. ) | |

This matter is before the court on its own motion. Pending motions have been stayed in contemplation of a global settlement agreement in the underlying arbitration action titled ***NationalWarranty Insurance Risk Retention Group (in official liquidation) v. Milliman, Inc.***, Case No. 50 195 T 00249 05, which would render the present action moot. Filing No. 24. For docket control purposes, the court finds all pending motions should be denied without prejudice to reassertion in the event the underlying action does not settle. The motions may be reasserted by filing a notice of reassertion referring to each motion by its filing number. It is not necessary to refile evidence, attachments, or briefs. Accordingly,

IT IS ORDERED:

1. All pending motions (Filing Nos. 6, 11, and 18) are denied without prejudice to reassertion.
2. Counsel shall file a joint status report concerning the status of this case on January 10, 2007, and every 30 days thereafter.

DATED this 5th day of January, 2007.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge