IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **MILLIMAN, INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CV645 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **KPMG LLP,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the parties' Joint Status Report (Filing No. 26). The parties state this matter has settled. The settlement is part of a global settlement of several cases involving *National Warranty Insurance Risk Retention Group (in official liquidation) v. Milliman, Inc.*, Case No. 50 195 T 00249 05, but has yet to be finalized. Accordingly, the parties request the stay continue, pending resolution of the Global Settlement. Upon consideration,

**IT IS ORDERED:**

1. The case stay shall continue until further order of this court.

2. Counsel shall file a joint status report concerning the status of this case and the Global Settlement by **March 1, 2007, and every 30 days thereafter**, such report to include counsel's position(s) concerning whether the stay should continue in effect or whether the stay should be lifted.

DATED this 11th day of January, 2007.

BY THE COURT:

 s/ Thomas D. Thalken
United States Magistrate Judge