IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILLIMAN, INC., a Washington Corp., | ) | Case No. 8:06-CV-00645 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | **ORDER OF DISMISSAL** |
| KPMG LLP, a Delaware Corp., | ) | |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court upon Plaintiff's Notice of Dismissal. Upon consideration, the Court being fully advised in the premises, the Court finds that pursuant to Fed. R. Civ. P. Rule 41(a)(1) the above-captioned matter should be dismissed without prejudice and without costs or fees to any party.

It is therefore ORDERED that the above-captioned matter is dismissed without prejudice, each party to bear its own costs and attorneys' fees.

Dated this 2nd day of March, 2007.

BY THE COURT:


s/ Joseph F. Bataillon


Prepared and submitted by:
Theresa D. Koller (#22437)
Blackwell Sanders Peper Martin, LLP
1620 Dodge Street, Suite 2100
Omaha  NE  68102
(402) 964-5000/phone
(402) 964-5050/facsimile

ATTORNEYS FOR PLAINTIFF